No. 365. LEE LING ET AL., APPELLANTS, *v.* THE UNITED STATES; No. 366. SAY ON ET AL., APPELLANTS, *v.* THE UNITED STATES; No. 367. KING DUNG, APPELLANT, *v.* THE UNITED STATES; and No. 368. YEE TOY ET AL., APPELLANTS, *v.* THE UNITED STATES. Appeals from the District Court of the United States for the Northern District of New York. June 25, 1902. Docketed and dismissed on motion of the Attorney General. No one opposing.

---

No. 411. LEE AH YIN, APPELLANT, *v.* THE UNITED STATES. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. October 9, 1902. Dismissed pursuant to the 28th rule. *Mr. Franklin H. Mackey* for the appellant. *The Attorney General* for the appellee.